UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

**Time 48, Inc.**
Debtor

Case No :

Chapter : **11**

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **Time 48, Inc**, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):
   **08-02-2011**

2. Names, case numbers and dates of filing of related debtors:
   **None**

3. Description of debtor's business:
   **Real Estate Investment Corporation.**

4. Locations of debtor's operations and whether the business premises are leased or owned:
   **Miami, Florida; The business premises are neither Leased nor Owned.**

5. Reasons for filing chapter 11:
   **Due to the current economic conditions in the market, the Debtor is unable to meet expenses associated with the management of his real-estate management company. The properties have negative cash flow and negative equity and Debtor seeks protection under a Chapter 11 filing. By filing Chapter 11, Debtor seeks to reorganize the debt and reduce the loan obligations through a mortgage cram down and a reduction and/or elimination of other debts as allowed, which shall enable the Debtor to meet financial obligations associated with management of his real estate management company and maintain ownership of these investment properties.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
**Shahab Kalam**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
**Debtor's gross income YTD -07/31/2011 is $11,100**

8. Amounts owed to various creditors:
   a. Obligations owed to priority creditors including priority tax obligations:

(1) **Documentary Stamp Tax Lien** in the amount of $1,038.02 for the property 601 NE 180 St, Miami, FL 33162, owed to Florida Department of Revenue, Miami North Service Center, 8175 NW 12th St STE 119, Miami, FL 33126.

(2) **Documentary Stamp Tax** in the amount of $1,556.86 for the property 601 NE 180 St, Miami, FL 33162, owed to Florida Department of Revenue, Compliance Support Process, POB 5139, and Tallahassee, FL 32314.

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

(1) First Mortgage for the property 601 NE 180 St, Miami, FL 33162, in the amount of $202,502.00 owed to Bank of America, POB 17054, Wilmington, DE 19850.
The estimated current market value is $100,000.00.

(2) First Mortgage for the property 17349 SW 46 St, SW Ranches, FL 33331, in the amount of $260,036.00 owed to Bank of America, POB 17054, Wilmington, DE 19850.
The estimated current market value is $40,000.00.

(3) First Mortgage for the property 10260 Sleepy Brook Way, Boca Raton, FL 33428, in the amount of $226,708.00 owed to Wells Fargo Bank, 18700 NW Walker Rd, Beaverton, OR 97006.
The estimated value is $89,300.00.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

(4) **Lien for municipal code violation, accrued penalty that is disputed on the property 17349 SW 46 St, SW Ranches, FL 33331, in the amount of $13,100.00.**

(5) **Miami-Dade County Storm water Utility Lien in the amount of $104.43 for the property 601 NE 180 St, Miami, FL 33162, owed to Miami-Dade County, 701 NW 1st Court, Miami, FL 33136.**

(6) **Miami-Dade County Storm water Utility Lien in the amount of $104.43 for the property 601 NE 180 St, Miami, FL 33162, owed to Miami-Dade County, 701 NW 1st Court, Miami, FL 33136.**

c. Amount of unsecured claims:
**$475,826.56**

9. General description and approximate value of the debtor's assets:
**$241,400.00, assets from the real estate properties.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

| Property Address | Name of Insurer Policy No | Amount of Ins | Insured 1 | Insured 2 | Insured 3 |
|---|---|---|---|---|---|
| SFR: 601 NE 180 St, Miami, FL 33162 | Citizen | 218,000.00 | Time 48 Inc | Bank of Amrica | US Trustee |
| Lot: 17349 SW 46 St, SW Ranches, FL 33331 | GIC Underwriter | 1,000.000.00 | Time 48 Inc | Bank of Amrica | US Trustee |
| SFR: 10260 Sleepy Brook Way, Boca Raton, FL 33428 | Citizen | 180,500.00 | Time 48 Inc | Wells Fargo | US Trustee |

11. Number of employees and amounts of wages owed as of petition date:
**None.**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):
**None.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

None.

13. Anticipated emergency relief to be requested within 14 days from the petition date:
None.

| Time 48, Inc.<br>998 NE 167 Street<br>Miami, FL 33162<br>Fed Id No 45-2738429 | *[signature]*<br>Signature: Shahab Kalam (Director of Time 48, Inc.) | Phone | 786-223-2773 |
|---|---|---|---|
| | | Date | 08-02-2011 |

| David C Rubin ESQ<br>Attorney for Debtor<br>(Time 48, Inc.)<br>6800 SW 40 Street # 352<br>Miami, FL 33155<br>Florida Bar No: 630314 | *[signature]*<br>Signature: David C Rubin ESQ (Attorney for Time 48, Inc.) | Phone | 305-400-2831 |
|---|---|---|---|
| | | Date | 08-02-2011 |